```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

| | |
|---|---|
| **SHERRY GOLDSBY,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | *    **CIVIL ACTION 08-00148-KD-B** |
| | * |
| **RENOSOL SEATING, LLC.,** | * |
| | * |
|     **Defendant.** | * |

## ORDER

This matter is before the Court on Plaintiffs' Notice of Filing Proposed Notice of Collective Action and Proposed Consent to Opt-In (Doc. 36). Plaintiffs report that Defendant has been consulted regarding the proposed Notice and the proposed Consent, and has no objection to said documents. Accordingly, counsel for Plaintiffs is DIRECTED to mail, by **March 17, 2009**, the referenced documents to all potential opt-in Plaintiffs previously identified by Defendant. Those potential opt-in Plaintiffs who desire to participate in this litigation must file their written consents to join this litigation by **April 17, 2009.**

The parties are directed to file a revised Rule 26(f) Report by **April 24, 2009.** This matter is set for a Rule 16(b) Scheduling Conference on **April 28, 2009**, at 10:00 a.m., in Courtroom 1A.

DONE this **2nd** day of **March, 2009.**

                                                            **/S/ Sonja F. Bivins**
                                          **UNITED STATES MAGISTRATE JUDGE**