**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **SHERRY GOLDSBY, on behalf of** | ) | |
| **herself and all others similarly situated** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 2:08-00148-KD-N** |
| | ) | |
| **RENOSOL SEATING, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

This action is before the Court on plaintiffs' status report and motion for scheduling order and defendant's response (docs. 79, 81). In the motion, plaintiffs assert that because the bankruptcy plan of Lear Corporation was confirmed on November 5, 2009, the automatic stay is lifted, and this action should be returned to the active trial docket and a scheduling order entered. Defendant responds that the parties are preparing a joint stipulation and an agreed order granting relief from the stay to submit to the Bankruptcy Court and that following entry of an order from the Bankruptcy Court, the parties will request entry of a scheduling order from this court.

Accordingly, plaintiffs' motion for scheduling order is **DENIED** with leave to re-file upon obtaining relief from the stay from the Bankruptcy Court.

In the event that an order granting relief from the stay is not entered, the parties are **ORDERED** to file a **joint status report** on or before **June 20, 2011.**

**DONE** and **ORDERED** this the **21st** day of **April, 2011.**

 s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**