IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SHERRY GOLDSBY, on behalf of herself and all others similarly situated** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | **CIVIL ACTION NO. 2:08-00148-KD-N** |
| **RENOSOL SEATING, LLC** ) ) ) | |
| **Defendant.** ) | |

## ORDER

This action is before the Court on plaintiffs' motion to lift stay and set case for trial (doc. 101). Plaintiffs set forth that on or about April 9, 2012, the United States Bankruptcy Court for the Southern District of New York entered a stipulation and agreed order granting relief from stay. Plaintiffs assert that this action is ready to be set for a Rule 26 Planning Meeting, new scheduling order, and trial in January 2013.

Upon consideration, the motion is **GRANTED** and the automatic stay pursuant to 11 U.S.C. §362(a) is lifted. Accordingly, this action is reinstated to the active docket of this Court and referred to United States Magistrate Judge Katherine P. Nelson for entry of an appropriate scheduling order.[1]

**DONE** and **ORDERED** this the 11th day of May, 2012.

> **s / Kristi K DuBose**
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**

---

[1] In view of the current status of the Court's docket, the parties are advised that trial in January 2013 may not be feasible.