# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **SHERRY GOLDSBY, on behalf of herself and all others similarly situated** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | **CIVIL ACTION NO. 2:08-00148-KD-N** |
| **RENOSOL SEATING, LLC,** ) ) | |
| **Defendant.** ) | |

## ORDER

This action is before the Court on plaintiffs' motion for leave to amend complaint to add party plaintiffs (doc. 57). This Court entered an order whereby defendant was ordered to file any objection to the motion on or before June 4, 2012 (doc. 112). On defendant's motion, the deadline for objection was extended until June 28, 2012 (doc. 115, 116)

No objection has been filed, therefore, pursuant to the Court's prior order the motion for leave to amend was granted. Accordingly, **Plaintiffs** shall file their **amended complaint** on or before **July 13, 2012.**

**DONE** and **ORDERED** this the 5th day of July, 2012.

> s / Kristi K DuBose
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**