IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRY GOLDSBY, on behalf of herself and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 2:08-00148-KD-N ) |
| RENOSOL SEATING, LLC, | ) ) |
| Defendant. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 28, 2013 (doc. 154), is **ADOPTED** as the opinion of this Court.  Accordingly, the motion for reconsideration filed by defendants David Ash, Pete Bernier, Connie Messer, Wayne Savage, Ricky Brown and Robert Stricklin (doc. 140) is **GRANTED** and upon reconsideration, their motion to dismiss (doc. 109) is **DENIED**.

**DONE** this 18th day of April, 2013.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**