IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRY GOLDSBY, et al, on behalf of herself and all others similarly situated; | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 2:08-0148-KD-N[1] |
| RENOSOL SEATING, LLC, et al., | ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the Preliminary Approval Order (doc. 174) and the Final Approval Order granting the second amended joint motion for approval of settlement agreement and dismissal of claims with prejudice, entered contemporaneously herewith, it is hereby ORDERED, ADJUDGED and DECREED that: 1) For settlement purposes, this action is FINALLY CERTIFIED as a collective action pursuant to Section 216(b) of the Fair Labor Standards Act; 2) The revised Settlement Agreement and Release (doc. 172-3) is APPROVED as a fair and reasonable resolution of a bona fide dispute over FLSA provisions; and 4) The attorneys' fees and costs in the reduced amount of $107,665.41 are APPROVED as reasonable and awarded to the Plaintiffs.

The Court does not retain jurisdiction to enforce the Settlement Agreement and Release.

This action is dismissed with prejudice with each party to bear their own costs as agreed.

DONE and ORDERED this the 12th day of February 2014.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] *Sherry Goldsby, et al. v. David Ash, et al.*, Civil Action No. 10-0187-C (S.D. Ala. 2010) and *Cassandra Brown, et al. v. Renosol Seating LLC*, Civil Action No. 11-00626-CG-C (S. D. Ala. 2011) were consolidated with this action.